```
 1 | DANIEL G. BOGDEN
   | United States Attorney
 2 | Nevada State Bar No. 2137
   | MICHAEL A. HUMPHREYS
 3 | Assistant United States Attorney
   | U.S. Attorney's Office
 4 | 333 Las Vegas Boulevard South, Suite 5000
   | Las Vegas, Nevada 89101
 5 | Telephone: 702-388-6336
   | Facsimile: 702-388-6787
 6 | Email: Michael.Humphreys@usdoj.gov
   | Counsel for the United States of America
 7 |
 8 |
 9 |              UNITED STATES DISTRICT COURT
10 |                   DISTRICT OF NEVADA
11 | UNITED STATES OF AMERICA,        )
                                      )
12 |             Plaintiff,           )
                                      )
13 |     v.                           )  2:14-CV-066-JAD-(NJK)
                                      )
14 | 2007 HARLEY-DAVIDSON             )
   | "ROAD KING" MOTORCYCLE, VIN      )
15 | 1HD1FR4167Y720245,               )
                                      )
16 |             Defendant.           )
```

**MOTION FOR AN ORDER TO UNSEAL AND TO LIFT THE STAY AND FOR SERVICE OF PROCESS**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, moves this Honorable Court for an Order to unseal and to lift the stay in the above-captioned case.

The basis for lifting the stay is that the criminal case is resolved. The stay and seal must be lifted so that Service of Process may be completed.

. . .

. . .

. . .

The United States further moves the Court for sixty days from the time the signed Order is received by the United States Attorney's Office to complete the service of process in this action.

Dated this 25th th day of September, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 26, 2014